1782

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v
STEVEN GREEN, Appellant. [890 NYS2d 857]—

Memorandum: On appeal from a judgment convicting him
upon a jury verdict of robbery in the first degree (Penal Law
§ 160.15 [4]), defendant contends that Supreme Court's charge
to the jury on the issue of recent exclusive possession of stolen
property, which was taken verbatim from the Criminal Jury
Instructions (*see* CJI2d[NY] Possession: Recent, Exclusive), was
improper. We reject that contention. The victim testified that
defendant stole the victim's vehicle and cellular telephone at
gunpoint, while defendant testified that the victim had loaned
his property to defendant. Defendant was apprehended shortly
after exiting the victim's vehicle and was found in possession of
the victim's cellular telephone. Under those facts, the charge on
recent exclusive possession of stolen property was appropriate
(*see People v Howard*, 60 NY2d 999, 1001 [1983]). Moreover, the
charge properly allowed " 'the jury, hearing the whole charge,
[to] gather from its language the correct rules which should be
applied in arriving at [its] decision' " (*People v Ladd*, 89 NY2d
893, 895 [1996], quoting *People v Russell*, 266 NY 147, 153
[1934]; *see generally People v Fernandez*, 286 AD2d 444 [2001],
*lv denied* 97 NY2d 681 [2001]). Present—Hurlbutt, J.P., Fahey,
Peradotto, Green and Gorski, JJ.